■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL VIALET, Appellant. [679 NYS2d 831] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leach, J.), rendered October 23, 1997, convicting him of rob-

bery in the second degree, grand larceny in the fourth degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Although the court arguably erred in excluding testimony regarding the complainant's alleged misidentification of the defendant's brother (*see generally, People v Davis,* 81 NY2d 281; *People v Jenkins,* 68 NY2d 896), the error, if any, was harmless in light of the overwhelming proof of the defendant's guilt (*see, People v Crimmins,* 36 NY2d 230). Bracken, J. P., Miller, O'Brien and Santucci, JJ., concur.